U.S. SECURITIES AND EXCHANGE COMMISSION
Stephen L. Cohen (cohens@sec.gov)
Lawrence C. Renbaum
100 F Street, N.E.
Washington, D.C.  20549-4030
Telephone: (202)551-4472 (Cohen)
Facsimile: (202)772-9245 (Cohen)

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>TERRY W. DAVIS,<br><br>   Defendant. | Case No.  3:03-cv-02729-MMC<br><br>~~[PROPOSED] ORDER RE: CASE STATUS AND SCHEDULING STATUS CONFERENCE~~ STAYING DISCOVERY; VACATING CASE MANAGEMENT CONFERENCE; SETTING TELEPHONIC STATUS CONFERENCE |

Having reviewed the parties' joint filing on May 2, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Discovery in this matter will remain stayed for ninety days from the date of this Order, including any obligations the parties may have under Federal Rules of Civil Procedure 12, 16 and 26;

1
2
3   The May 9, 2008 Case Management Conference is hereby VACATED.
4
5   IT IS FURTHER ORDERED that the parties will appear by telephone for a status
conference on August  22       , 2008, at  10:30 a.m.  .
6
7   **IT IS SO ORDERED.**
8
9   DATED:   May  5 , 2008                              _____
                                                        **HONORABLE MAXINE M. CHESNEY**
10                                                      **UNITED STATES DISTRICT JUDGE**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28