U.S. SECURITIES AND EXCHANGE COMMISSION
Stephen L. Cohen (cohens@sec.gov)
Lawrence C. Renbaum
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202)551-4472 (Cohen)
Facsimile: (202)772-9245 (Cohen)

Attorneys for Plaintiff
Securities and Exchange Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>TERRY W. DAVIS,<br><br>              Defendant. | Case No.  3:03-cv-02729-MMC<br><br>[P<small>ROPOSED</small>] O<small>RDER</small> R<small>E</small>: C<small>ASE</small> S<small>TATUS</small><br>AND S<small>CHEDULING</small> S<small>TATUS</small> C<small>ONFERENCE</small> |

Having reviewed the parties' joint filing on August 15, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Discovery in this matter will remain stayed for an additional forty-five days from the date of this Order, including any obligations the parties may have under Federal Rules of Civil Procedure 12, 16 and 26;

IT IS FURTHER ORDERED that the parties will appear by telephone for a status conference on  October 3 , 2008, at  10:30 a.m. .

**IT IS SO ORDERED.**

DATED:  August 18 , 2008

_____
**HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE**

2.

**ORDER RE: CASE STATUS AND
SCHEDULING STATUS CONFERENCE
3:03-CV-02729-MMC**